UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CATHERINE M. LOPIENSKI, | : | Civil Action No. 07-4519 (FLW) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| CENTOCOR, INC. et al., | : | |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court by Franklin P. Solomon, Esq., counsel for Plaintiff Catherine M. Lopienski, on a motion to remand her claims to New Jersey Superior Court, Middlesex County; it appearing that Defendants Centocor, Inc., Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC (collectively, "Defendants") opposed the motion; it appearing that Plaintiff did not file a reply to Defendants' opposition; having reviewed the submissions in connection with the motion to remand pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 24th day of June, 2008,

**ORDERED** that Plaintiff's motion to remand is DENIED, without prejudice;

**ORDERED** that Plaintiff's request for attorney's fees and costs is DENIED; it is further

**ORDERED** that Plaintiff may move to amend her Complaint should discovery reveal facts that would create any colorable claims against the New Jersey defendants to permit remand.

                    /s/  Freda L. Wolfson
                The Honorable Freda L. Wolfson,
                United States District Judge